UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ROGER J. HALL, et al.,  :   **SUMMARY ORDER**
             :   4391
            Plaintiffs,  :   10 Civ. ~~~~ (AKH)
             :
    -against-  :
             :
BED BATH & BEYOND, INC., et al.  :
             :   USDC SDNY
            Defendants,  :   DOCUMENT
             :   ELECTRONICALLY FILED
             :   DOC #:
             :   DATE FILED: 6/11/10
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

   On June 11, 2010, the parties appeared before me for a hearing on Plaintiffs' motion, by way of order to show cause, for a preliminary injunction.

   For the reasons stated on the record, the motion is denied.

   SO ORDERED.

Dated:  June 11, 2010
        New York, New York

                                            _____
                                            ALVIN K. HELLERSTEIN
                                            United States District Judge