IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROGER J. HALL<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BED BATH & BEYOND INC., et al.<br>　　　　　　　　Defendants. | Case No. 1:10-CV004391<br><br>Judge Alvin K. Hellerstein |

**NOTICE OF MOTION**

To:　Mitchell C. Shelowitz (mshelowitz@salaws.com)
　　　Darya Dominova (ddominova@salaws.com)
　　　Shelowitz & Associates
　　　450 Seventh Avenue, 6th Floor
　　　New York, NY  10123

*Motion denied without prejudice. It may be renewed upon resolution of plaintiff's claims if baselessness can then be shown.*
*August 18, 2010*
*[signed]*

PLEASE TAKE NOTICE that upon the accompanying memorandum entitled "Motion for Sanctions," with Exhibits A-P thereto, Defendant WestPoint Home, Inc., by its counsel Loeb & Loeb LLP, will move this Court, before the Hon. Alvin K. Hellerstein at the U.S. District Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel can be heard, for an order for sanctions against Plaintiff and his counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure.  Oral argument will be held on a date and at a time designated by the Court.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/10

PLEASE TAKE FURTHER NOTICE that pursuant to Section 6.1(b) of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, opposition papers shall be filed and served by August 6, 2010, and reply papers shall be filed and served seven (7) days after service of the opposition papers.

Dated:  July 23, 2010            By:     /s/Alison Schwartz
                                          Alison Schwartz
                                 Jordan A. Sigale (admitted *pro hac vice*)
                                 Adam G. Kelly (admitted *pro hac vice*)
                                 Alison Pollock Schwartz (admitted *pro hac vice*)
                                 LOEB & LOEB LLP
                                 321 North Clark Street, Suite 2300
                                 Chicago, IL  60654
                                 Telephone:  (312) 464-3100
                                 jsigale@loeb.com
                                 akelly@loeb.com

                                 Barry Slotnick
                                 bslotnick@loeb.com
                                 LOEB & LOEB LLP
                                 345 Park Avenue
                                 New York, New York 10154
                                 Telephone: (212) 407-4162

                                 Attorneys for Defendant
                                 WestPoint Home, Inc.